UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WUEST,<br><br>    Plaintiff,<br><br>    v.<br><br>CLEARWIRE CORPORATION, et al.,<br><br>    Defendants. | Case No. 12-cv-05061-JST<br><br>**ORDER RE-SETTING DEADLINES TO MOVE FOR LEAVE TO AMEND PLEADINGS AND TO FILE CLASS CERTIFICATION MOTION**<br><br>Re: Dkt. No. 36. |

As requested by the parties in their joint case management statement, the Court hereby sets May 31, 2013 as the deadline for seeking leave to add new parties and amend pleadings, and sets October 10, 2013 as the deadline for Plaintiff to file a class certification motion. Dkt. No. 36. The Court expects to set other deadlines in the case after conducting a Case Management Conference.

**IT IS SO ORDERED**.

Dated: March 7, 2013

_____
Jon S. Tigar
United States District Judge