1   THOMAS R. BURKE (CA State Bar No. 141930)
    DAVIS WRIGHT TREMAINE LLP
2   505 Montgomery Street, Suite 800
    San Francisco, California 94111
3   Telephone:   (415) 276-6500
    Facsimile:   (415) 276-6599
4   E-mail:      thomasburke@dwt.com

5   STEPHEN M. RUMMAGE (*admitted pro hac vice*)
    KENNETH E. PAYSON (*admitted pro hac vice*)
6   JOHN A. GOLDMARK (*admitted pro hac vice*)
    DAVIS WRIGHT TREMAINE LLP
7   1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
8   Telephone:   (206) 622-3150
    Fax:         (206) 757-7700
9   E-mail:      steverummage@dwt.com
                 kenpayson@dwt.com
10               johngoldmark@dwt.com

11  *Attorneys for Clearwire Corporation, Clearwire
    Communications LLC and Clear Wireless LLC*
12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16
    RICHARD WUEST, individual and on behalf of      Case No.  C12-05061-JST
17  a class of similarly situated individuals,
                                                     STIPULATED MOTION TO VACATE
18                  Plaintiffs,                      SETTLEMENT CONFERENCE

19          v.

20  CLEARWIRE CORPORATION; CLEARWIRE
    COMMUNICATIONS LLC; CLEAR
21  WIRELESS LLC; ADITYA BIRLA MINACS
    WORLDWIDE, INC., NCO CUSTOMER
22  MANAGEMENT, INC.,  and DOES 1 through
    10, inclusive,
23
                    Defendants.
24

25

26          The parties to this action, through their undersigned counsel, hereby stipulate and jointly

27  move this Court for an Order vacating the Settlement Conference now scheduled before

28  Magistrate Judge Spero for September 26, 2013.  In support of this Stipulated Motion, the parties

FILED

SEP 0 8 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATED MOTION TO VACATE SETTLEMENT CONFERENCE
Wuest v. Clearwire (No. C12-05061-JST)
DWT 22414252v1 0088796-000074

1  agree and jointly represent to the Court as follows:

2      1.     On January 17, 2013, the Court held a Case Management Conference ("CMC").

3  At the CMC, Judge Allsup set a deadline of June 20, 2013, for Plaintiff's class certification

4  motion and set this matter for trial on March 31, 2014. *See* Dkt. 27. The Court further referred

5  that matter to Magistrate Judge Spero for mediation/settlement. *Id.*

6      2.     On January 28, 2013, Plaintiff and the Clear Defendants participated in a

7  scheduling conference with Magistrate Judge Spero. Based on the schedule Judge Allsup set at

8  the CMC, and the anticipation that Plaintiff's class certification motion would be decided by the

9  end of August 2013, Magistrate Judge Spero set a Settlement Conference for September 12, 2013.

10  *See* Dkt. 32. (A few months later, Magistrate Judge Spero *sua sponte* and for unstated reasons re-

11  set the Settlement Conference to September 26, 2013. *See* Dkt. 40.)

12      3.     On February 11, 2013, the matter was reassigned to the Honorable Jon S. Tigar for

13  all further proceedings. *See* Dkt. 35. Shortly thereafter, the Court entered an Order Re-setting

14  Deadlines, which rescheduled the deadline for Plaintiff to file a class certification motion to

15  October 10, 2013. Dkt. 37. The Court further stated that it "expect[ed] to set other deadlines in

16  the case after conducting a Case Management Conference." *Id.*

17      4.     On June 21, 2013, the Court entered an Order Granting Motion to Amend the

18  Complaint, allowing Plaintiff to amend his complaint to name two new defendants, i.e., Aditya

19  Birla Minacs Worldwide, Inc., and NCO Customer Management, Inc. *See* Dkt. 45. After the

20  filing of Plaintiff's First Amended Complaint, the Court set a CMC for September 11, 2013.

21  Based on the Order Continuing Case Management Conference, Dkt. 54, the parties anticipate the

22  Court will set a new schedule at the CMC set for September 11, 2013.

23      5.     Based on the foregoing, the parties respectfully request that the Court vacate the

24  September 26, 2013, Settlement Conference. The parties further respectfully request that the

25  Court at the CMC address the deadline for any settlement conference or mediation, pursuant to

26  the Case Management Statement filed on August 28, 2013.

27

28

1    STIPULATED AND AGREED this 5th day of September, 2013.

2

3                                    **KELLER GROVER LLP**

4                          By:        */s/ Carey G. Been*
                                      _____
5                                     ERIC A. GROVER
                                      CAREY G. BEEN
6
                                      *Attorneys for Plaintiff*
7
                                      **DAVIS WRIGHT TREMAINE LLP**
8

9                          By:        */s/ Stephen M. Rummage*
                                      _____
10                                    STEPHEN M. RUMMAGE
                                      THOMAS R. BURKE
11                                    KENNETH E. PAYSON
                                      JOHN A. GOLDMARK
12
                                      *Attorneys for Defendants Clearwire Corporation,*
13                                    *Clearwire Communications LLC, Clear Wireless*
                                      *LLC*
14
                                      **SESSIONS FISHMAN, NATHAN & ISRAEL,**
15                                    **L.L.P.**

16

17                         By:        */s/ Albert R. Limberg*
                                      _____
18                                    ALBERT R. LIMBERG

19                                    *Attorneys for Defendant APAC Customer*
                                      *Services, Inc., f/k/a NCO Customer Management,*
20                                    *Inc.*

21                                   **GORDON & REES LLP**

22

23                         By:        */s/ Andrew D. Castricone*
                                      _____
24                                    ANDREW D. CASTRICONE

25                                    *Attorneys for Defendant Aditya Birla Minacs*
                                      *Worldwide, Inc., specially appearing herein*

26

27

28

STIPULATED MOTION TO VACATE SETTLEMENT CONFERENCE                                    3
Wuest v. Clearwire (No. C12-05061-JST)
DWT 22414252v1 0088796-000074

1

**ORDER**

2          IT IS SO ORDERED.

3          The Settlement Conference currently scheduled for September 26, 2013, is hereby

4   stricken. The Court will set a deadline for a settlement conference/mediation in conjunction with

5   the upcoming Case Management Conference currently scheduled for September 11, 2013.

6

7   DATED: September 6 , 2013

                                             JON S. TIGAR
8                                            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28