UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD WUEST,

    Plaintiff,

    v.

CLEARWIRE CORPORATION, et al.,

    Defendants.

Case No. 12-cv-05061-JST

**ORDER VACATING PREVIOUSLY SET MARCH TRIAL AND PRETRIAL CONFERENCE DATES**

Judge Alsup originally set a pretrial conference and jury trial in this case for March 24 and March 31, 2014. ECF No. 27. When the case was reassigned to the undersigned, those dates remained in effect. See Reassignment Order ¶ 9, ECF No. 35. However, the parties' most recent case management statement did not reflect the existence of those dates, and the Court issued a scheduling order on the assumption that no trial date was set. ECF Nos. 62 & 73. Therefore, to clarify the docket, the Court hereby VACATES the March 24 pretrial conference and March 31 trial date. The Court expects to schedule trial and pretrial dates after issuing an order regarding class certification.

**IT IS SO ORDERED.**

Dated: January 10, 2014

_____
JON S. TIGAR
United States District Judge