**FILED**

JAN 2 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WUEST, individually and on behalf of classes of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CLEARWIRE CORPORATION; CLEARWIRE COMMUNICATIONS LLC; CLEAR WIRELESS LLC; and DOES 1 through 10, inclusive,<br><br>Defendant. | No. 3:12-cv-05061-JST<br><br>[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY |

404672040.1                                                                                   [PROPOSED] ORDER

# [~~Proposed~~] ORDER

Pursuant to the stipulations and consents, **IT IS SO ORDERED** that Sheppard Mullin Richter & Hampton, LLP is substituted in as counsel of record for Defendants Clearwire Corporation; Clearwire Communications LLC; and Clear Wireless LLC in this action in place of Davis Wright Tremaine LLP.

Dated: January 21, 2014

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE