ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
CAREY G. BEEN (SBN 240996)
cbeen@kellergrover.com
**KELLER GROVER LLP**
1965 Market Street
San Francisco, California  94103
Telephone:    (415) 543-1305
Facsimile:    (415) 543-7861

STEVEN L. MILLER (SBN 106023)
stevenlmillerlaw@gmail.com
**STEVEN L. MILLER,**
  **A PROFESSIONAL LAW CORP.**
2945 Townsgate Road, Suite 200
Westlake Village, California 91361
Telephone:    (818) 986-8900
Facsimile:    (866) 581-2907

Attorneys for Plaintiff
RICHARD WUEST

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVSION

| | |
|---|---|
| RICHARD WUEST, individually and on behalf of classes of similarly situated individuals,<br><br>          Plaintiff,<br><br>     v.<br><br>CLEARWIRE CORPORATION; CLEARWIRE COMMUNICATIONS LLC; CLEAR WIRELESS LLC; ADITYA BIRLA MINACS WORLDWIDE, INC.; NCO CUSTOMER MANAGEMENT, INC.; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No:  3:12-cv-05061-JD<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT IN LIEU OF CASE MANAGEMENT STATEMENT**<br><br>Date:    Not Set<br>Time:    Not Set<br>Ctrm:    11 - 19th Floor<br>Judge:   The Honorable James Donato<br><br>Action Filed (State Court):  7/25/12<br>Action Removed:              9/28/12<br>FAC Filed:                   6/27/13 |

**TO THE COURT:**

On April 16, 2014 this case was transferred to the Honorable James Donato and the parties were ordered to file a Joint Case Management Statement, discussing the issues identified in the Standing Order for All Judges of the Northern District of California. However, Plaintiff has reached settlement agreements with each of the Defendants that will fully resolve this matter on an individual basis. The parties are currently in the process of signing the settlement agreements. A stipulated dismissal, dismissing Plaintiff's individual claims in their entirety with prejudice and the claims of the putative class without prejudice will be imminently filed by the parties.

Dated: May 2, 2014          **KELLER GROVER LLP**

By:   */s/ Eric A. Grover*
       ERIC A. GROVER

Attorneys for Plaintiff RICHARD WUEST